**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF MISSISSIPPI**
**OXFORD DIVISION**

| | |
|---|---|
| IN RE: | : CASE NO: 18-13263-JDW |
| | : CHAPTER: 13 |
| **RHONDA K SPEARMAN** | : |
| **TRACY D SPEARMAN,** | : |
| Debtors. | : |
| ----------------------------------- | ----------------------------------- |
| **RHONDA K SPEARMAN** | : |
| **TRACY D SPEARMAN,** | : |
| Movant, | : **CONTESTED MATTER** |
| vs. | : |
| **REGIONS BANK D/B/A REGIONS MORTGAGE,** | : |
| Respondent. | : |

### RESPONSE TO OBJECTION TO NOTICE OF MORTGAGE PAYMENT CHANGE

COMES NOW Regions Bank d/b/a Regions Mortgage, for itself, its successors and/or assigns ("Respondent"), and shows this Honorable Court that, for the reasons set out below, the Court should deny the Debtors' Objection to Notice of Mortgage Payment Change ("Objection"):

1.

Respondent filed a Notice of Mortgage Payment Change on July 25, 2019 (Dkt. #43) listing a new post-petition payment amount of $542.85 effective with the September 1, 2019 payment. The Debtors objected to the Notice of Mortgage Payment Change stating there were issues with the escrow portion of the new mortgage payment amount.

2.

Respondent is currently reviewing the mortgage account and the issues asserted in the pending Objection. Respondent respectfully requests additional time to review the issues raised in the Debtors' Objection.

WHEREFORE, Respondent, for itself, its successors and/or assigns, prays that this Court inquire as to the matters raised herein and deny the Debtors' Objection to Notice of Mortgage Payment Change and enter such orders and require such further inquiry as may appear appropriate to the Court.

Dated: 9/6/19

/s/ Natalie Brown
Natalie Brown
MS State Bar No. 100802
Rubin Lublin, LLC
428 North Lamar Blvd, Suite 107
Oxford, MS 38655
(877) 813-0992
nbrown@rubinlublin.com
Attorney for Respondent

<u>CERTIFICATE OF SERVICE</u>

      I, Natalie Brown of Rubin Lublin, LLC certify that on the 6th day of September, 2019, I caused a copy of the Response to Objection to Notice of Mortgage Payment Change to be filed in this proceeding by electronic means and to be served by depositing a copy of the same in the United States Mail in a properly addressed envelope with adequate postage thereon to the said parties as follows:

Rhonda K Spearman
371 Brower Rd.
Coffeeville, MS 38922

Tracy D Spearman
371 Brower Rd.
Coffeeville, MS 38922

Robert Gambrell, Esq.
Gambrell & Associates, PLLC
101 Ricky D Britt Blvd.
Suite 3
Oxford, MS 38655

Locke D. Barkley
6360 I-55 North
Suite 140
Jackson, MS 39211

U.S. Trustee
501 East Court Street
Suite 6-430
Jackson, MS 39201


Executed on <u>9/6/19</u>

By:<u>/s/ Natalie Brown</u>
Natalie Brown
MS State Bar No. 100802
Rubin Lublin, LLC
428 North Lamar Blvd, Suite 107
Oxford, MS 38655
(877) 813-0992
nbrown@rubinlublin.com
Attorney for Respondent